**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE No.: 6:20-cv-00139-CEM-EJK

MICHAEL R. MCNEIL,

     Plaintiff,

vs.

VOLUSIA POINT PROPERTIES, LLC,
d/b/a VOLUSIA POINT PLAZA, and RISCH
ENTERPRISES, INC., d/b/a SMOOTHIE KING,

     Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT RISCH ENTERPRISES, INC., d/b/a SMOOTHIE KING

Plaintiff MICHAEL R. MCNEIL, and Defendant RISCH ENTERPRISES, INC., d/b/a SMOOTHIE KING, by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal, with prejudice, of this action, against Defendant, RISCH ENTERPRISES, INC., d/b/a SMOOTHIE KING.

Respectfully submitted this 24th day of March 2020.

By: /s/Joe M. Quick, Esq.
    Joe M. Quick, Esq.
    Florida Bar No.: 0883794
    Law Offices of Joe M. Quick, P.A.
    *Counsel for Plaintiff*
    1224 S. Peninsula Drive #619
    Daytona Beach, Florida  32118
    Tel: (386) 212-3591
    E-mail: JMQuickesq@gmail.com

By: /s/Alex Christopher Najarian
    Alex Christopher Najarian
    Florida Bar No.:127174
    The Corneal Law Firm
    *Counsel for Defendant Risch Enterprises, Inc.*
    509 Anastasia Blvd.
    St. Augustine, Florida 32080
    Tel: (904) 819-5333
    Email: alex@corneallaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24th day of March 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/Joe M. Quick, Esq.
Joe M. Quick, Esq.
Florida Bar No.: 0883794
Attorney for Plaintiff
Law Offices of Joe M. Quick, P.A.
1224 S. Peninsula Drive #619
Daytona Beach, Florida  32118
Tel: (386) 212-3591
E-mail: JMQuickesq@gmail.com